# SENTENCING

Date: **9/08/2017**  Judge: **Lee**
Reporter: **R. Montgomery**
Start: **10:07**
End: **10:55**

**UNITED STATES of AMERICA**          Case Number: **1:16-CR-00169-001**

V.

**RAUSHI J. CONRAD**

Counsel/Deft: **Jonathan Simms**          Counsel/Govt: **Matthew Burke/Jamar Walker**
Interpreter: **n/a**

Court adopts PSI (**X**) without exceptions ( ) with exceptions: **Def. objects to the 4 level enhancement pursuant to §2C1.1(b)(3) and the loss amount in paragraph 32. The govt. finds that the PSI is calculated correctly. The Court overrules the def. objection as to the 4 level enhancement and the def.'s objection to the restitution amount. The def. seeks a sentence of no more than 24 months and requests to be designated to a facility as close to No. Va. as possible. The Court advised the deft. of his right to appeal within 14 days of the day the Court enters the judgment, to the U.S. Court of Appeals for the Fourth Circuit. For the reasons stated in open court and the factors set forth in 18 U.S.C. §3553, the court imposes a sentence below the guidelines. A Preliminary Order of Forfeiture and a Restitution Order entered in open court. Def. request that the Court apportion the restitution order. The Court reserves on signing the restitution order to a later date and orders def. counsel for state a case where this has been done.**

**SENTENCING GUIDELINES**:          Court departs from Guidelines pursuant to:
Offense Level: **32**
Criminal History: **I**                    _____ USSG 5H1.4
Imprisonment Range: **121** to **151** months          _____ USSG 5K1.1
Supervised Probation: ___ to ___ Years
Supervised Release: **1** to **3** Years as to Ct. 1          _____ USSG 5K2.12
Fine Range: $ **17,500** to **$3,238,039.47**          _____ USSG 5C1.2
Restitution $ **TBD**
Special Assessment **$100** as to each Ct.

**JUDGMENT OF THE COURT:**
BOP for a total of **48** months, with credit for time served, which consists of 48 months as to each Ct., concurrently.
Supervised Release for a total of **2** years, with special conditions, which consists of 3 years as to each Ct., concurrently.
Supervised Probation for ____ months, with special conditions.
Fine Imposed of $____ payable immediately.
Restitution of $ **TBD** payable immediately.
Special Assessment **$200** ($100 as to each Ct.)
(**X**) Fine/costs of incarceration waived.

  **SPECIAL CONDITIONS**:
  **X**  Deft. shall provide the probation officer with any requested financial information.
  **X**  Deft. shall apply all monies received from tax refunds, lottery winnings, inheritances, and any other anticipated or unexpected financial gains to outstanding court-ordered financial obligation, or in a lesser amount to be determined by the court.
  **X**  Deft. shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
  **X**  Deft. shall pay restitution in the amount TBD, due and payable immediately , jointly and severally.
  **X**  The mandatory drug testing requirement is suspended.

**RECOMMENDATIONS to BOP**:
  **X**  Dft. to be designated to  **FCI Cumberland, Md.**
  ____  Dft. designated to facility to participate in ICC (Boot Camp) type program
  ____  Dft. to participate in the BOP 500 Hour Residential Drug Abuse Treatment Program (RDAP).

Defendant: ( ) Remanded    ( ) Cont'd on Bond    ( ) Referred to USPO    (**X**) Self-surrender