FILED
IN OPEN COURT

SEP -8

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 1:16-CR-169 |
| v. | ) | |
| | ) | The Honorable Gerald Bruce Lee |
| RAUSHI J. CONRAD, | ) | |
| | ) | |
| Defendant | ) | |

### PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on July 28, 2016, a grand jury indicted defendant RAUSHI J. CONRAD with one count of conspiracy to commit bribery, in violation of 18 U.S.C. § 371, and one count of acceptance of bribes by a public official, in violation of 18 U.S.C. § 201(b)(2)(A);

WHEREAS the Indictment included a forfeiture notice notifying the defendant that if convicted of the offenses alleged, the United States would seek forfeiture of the illegal proceeds of the offenses;

WHEREAS, on June 15, 2017, defendant CONRAD was convicted of both counts in the Indictment;

AND WHEREAS, based on the evidence admitted at trial, the Court hereby FINDS that CONRAD obtained proceeds from the bribery and conspiracy to commit bribery of at least $224,533.75; that such proceeds of the conspiracy cannot be located upon the exercise of due diligence; that such proceeds have been transferred or sold to, or deposited with, third parties; that such proceeds have been placed beyond the jurisdiction of the court; that such proceeds have been substantially diminished in value; and that such proceeds have been commingled with other property which cannot be divided without difficulty.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Pursuant to Fed. R. Crim. P. 32.2(b)(1), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c) the United States shall forfeit $224,533.75 in proceeds from defendant CONRAD, which amount represents the illegal proceeds of the conspiracy to commit bribery and bribery for which the defendant was convicted that was obtained by CONRAD.

2. This order of forfeiture shall be final as to the defendant and included in the Judgment in this case pursuant to Fed. R. Crim. P. 32.2(b)(4).

3. The Attorney General, Secretary of the Treasury, Secretary of Homeland Security, or a designee, is hereby authorized to conduct any discovery for the purpose of identifying or locating property subject to forfeiture pursuant to Fed. R. Crim. P. 32.2 (b)(3) and 21 U.S.C. § 853(g).

4. Because the statutory criteria of 21 U.S.C. § 853(p)(1)(A) through (E) are present here, the United States may seek, as substitute assets, pursuant to § 853(p), forfeiture of any of the defendant's property up to the amounts set out above.

5. The forfeiture ordered above shall be joint and several with any and all convicted co-conspirators, including defendant James C. Bedford, case number 1:16-CR-267, with all defendants receiving credit for any amount recovered through forfeiture from any other defendants in this and the referenced case. The total forfeiture recovery shall not exceed $1,079,346.49.

Date: 9/8/17
Alexandria, Virginia

/s/
Gerald Bruce Lee
United States District Judge

Gerald Bruce Lee
United States District Judge