IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:16-CR-169 |
| v. | The Honorable Gerald Bruce Lee |
| RAUSHI J. CONRAD, | |
| Defendant. | |

## RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is ordered to pay restitution in the amount of __$213,000.00__.

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total losses from the offenses of conviction.

3. Interest:

    __✓__ is waived.

    _____ accrues as provided in 18 U.S.C § 3612(f).

4. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

5. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

6. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $200.00 per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

7. The defendant shall make all restitution payments to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314.

8. The Clerk of Court shall forward all restitution payments to the victim:

   Department of Commerce
   NOAA Finance
   Century XXI Building
   20020 Century Blvd
   Germantown, MD 20874-1178
   Attn: Diana Carpenter

9. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

/s/
Gerald Bruce Lee
United States District Judge

Honorable Gerald Bruce Lee
United States District Judge

ENTERED this 26th day of September, 2017.

at Alexandria, Virginia