```
              IN THE UNITED STATES DISTRICT COURT FOR THE
                      EASTERN DISTRICT OF VIRGINIA
                           Alexandria Division

UNITED STATES OF AMERICA,      )
                               )
                  Plaintiff,   )
                               ) Crim. No. 1:16cr169
     vs.                       )
                               )
RAUSHI J. CONRAD,              ) August 16, 2016
                               )
                  Defendant.   )
_____)




BEFORE:        THE HONORABLE GERALD BRUCE LEE
               UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR GOVERNMENT:   UNITED STATES ATTORNEY'S OFFICE
                  BY:  MATTHEW BURKE, AUSA
                       JAMAR WALKER, AUSA

FOR DEFENDANT:    JONATHAN SIMMS, ESQ.


                              ---


OFFICIAL COURT REPORTER:

                  RENECIA A. SMITH-WILSON, RMR, CRR
                  U.S. District Court
                  401 Courthouse Square, 5th Floor
                  Alexandria, VA 22314
                  (703)501-1580
```

1        (Thereupon, the following was heard in open
2   court at 11:01 a.m.)
3        THE CLERK:  1:16 criminal 169, United States
4   versus Raushi J. Conrad.
5        Please note your appearances for the record.
6        MR. BURKE:  Good morning, Your Honor.  Matt
7   Burke and Jamar Walker on behalf of the United States.
8        THE COURT:  Good morning.
9        MR. SIMMS:  Good morning, Your Honor.
10  Jonathan Simms on behalf of Mr. Conrad.
11       THE COURT:  Good morning, Mr. Conrad.
12       Good morning, Mr. Simms.
13       Mr. Conrad, I believe we arraigned you last
14  time you were here.  You hired a lawyer, I see.
15       MR. CONRAD:  Yes, sir.
16       THE COURT:  That's fine, good, excellent.
17       So, Mr. Simms, let's pick some trial dates
18  and get things moving.  How much time do we need for
19  trial, how many days?
20       MR. BURKE:  Excuse me, Your Honor.  The
21  government estimates six to maybe seven trial days for
22  the government's case.
23       THE COURT:  Okay.
24       Mr. Simms, do you have any estimate?
25       MR. SIMMS:  Your Honor, we may have two days

1  of evidence as well.
2           THE COURT:  Okay.  November 8th?
3           MR. SIMMS:  Your Honor, I have spoken to my
4  client, and he is willing to waive speedy trial which
5  actually, I believe the government's estimate put it in
6  October.
7           Your Honor, I was -- I would like to request
8  if we could set this matter in early January, just
9  because I have two complex matters scheduled before
10 Judge Brinkema, one in October and one in November.
11          The government has indicated that there is
12 an extensive amount of discovery in this case.  And my
13 client has also indicated that there's several records
14 that he would like to subpoena that would be extensive
15 in nature.
16          THE COURT:  What's the government's position
17 on complexity?
18          MR. BURKE:  Your Honor, we do believe that
19 this is a complex case.  There are approximately
20 140,000 pages of Rule 16 discoveries.  And in addition
21 to that --
22          THE COURT:  I've not had a trial where
23 someone's introduced 140,000 pages.  Mr. Burke, I don't
24 think you will in this case either.
25          You can dump them all on Mr. Simms.  But,

1   why don't you just isolate out the ones you really plan
2   to use.  Can you do that for us?
3            MR. BURKE:  Certainly, Your Honor.  We have
4   no intention of introducing anywhere near that.  It was
5   more with an eye towards making sure Mr. Simms has
6   adequate time to prepare.
7            THE COURT:  Okay.
8            MR. BURKE:  So we do believe that it is a
9   complex case given the extensive discovery and the
10  number of witnesses that we think we would be necessary
11  to try this case.
12           So, we --
13           THE COURT:  Okay.
14           MR. BURKE:  We will be prepared whenever
15  Your Honor would like, but we do not oppose Mr. Simms's
16  request.
17           THE COURT:  Okay.  January 17th?
18           MR. SIMMS:  That's fine, Your Honor.
19           THE COURT:  All right.  We'll need to have
20  Mr. Conrad come up and let me talk to you about speedy
21  trial, Mr. Conrad.
22           Mr. Conrad, you have the right to have this
23  case heard within 70 days of the date you were
24  arraigned, which would have been October 18th.
25           Your lawyer and the government just

1  represented to me that this case is a complex one
2  involving thousands of documents and will require at
3  least seven days for trial which is generally a long
4  trial for our court.
5              So, are you willing to waive your right to
6  speedy trial in order to let your lawyer prepare the
7  case for trial?
8              MR. CONRAD:  Yes, sir.
9              THE COURT:  All right.  I'll need you to
10 sign a waiver of speedy trial.  And the record should
11 reflect that Mr. Conrad's been informed of his right of
12 to speedy trial, made a knowing and intelligent waiver
13 of it.
14             The Court finds that the public's interest
15 is served, and defendant's rights are served by, first
16 of all by certifying the case as a complex one and that
17 the ends of justice are served by allowing this case to
18 proceed outside the 70 days.
19             And the -- and they outweigh the public
20 interest -- the best interest of the public and
21 defendant's right to speedy trial.
22             So for those reasons, I will grant the
23 request to waive speedy trial and set the matter outside
24 the speedy trial date for January 17th, for seven days,
25 trial by jury.  And motions to be filed by

1 September 13th, all motions, responses by
2 September 27th. And we can have a hearing on the
3 motions Friday, October 21st. Does that work for
4 everybody, the 21st for motion hearings, Mr. Simms?
5       MR. SIMMS: Yes, that's fine, Your Honor.
6       THE COURT: All right. If there's any
7 motion that requires the presentation of witnesses,
8 evidentiary motion of any kind, at the time you file
9 your motions on September 13th, then contact chambers
10 with opposing counsel on the phone. We'll select a date
11 certain other than a Friday for the hearing of those
12 motions.
13       Is there a discovery order in the case?
14       MR. SIMMS: Your Honor, there is a proposed
15 discovery order. I believe that there are some issues
16 that we need to iron out with that proposed discovery
17 order, so I've not signed it as of today.
18       THE COURT: All right. Can you all get that
19 to me in a week?
20       MR. SIMMS: Yes, I think that's possible.
21       THE COURT: All right. And Mr. Conrad is on
22 bond, so bond will be continued.
23       MR. SIMMS: Thank you.
24       THE COURT: Thank you. We're in recess.
25       (Proceedings concluded at 11:08 a.m.)

CERTIFICATE OF REPORTER

     I, Renecia Wilson, an official court reporter for the United States District Court of Virginia, Alexandria Division, do hereby certify that I reported by machine shorthand, in my official capacity, the proceedings had upon the jury trial in the case of UNITED STATES OF AMERICA v. RAUSHI J. CONRAD.

     I further certify that I was authorized and did report by stenotype the proceedings in said jury trial, and that the foregoing pages, numbered 1 to 7 inclusive, constitute the official transcript of said proceedings as taken from my shorthand notes.

     IN WITNESS WHEREOF, I have hereto subscribed my name this __12th__ day of __January__, 2018.

                                 /s/
                          Renecia Wilson, RMR, CRR
                          Official Court Reporter